# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QIETH MCQUREERIR, et al**<br>Plaintiff(s), | |
| vs. | **Civil Case No. 05-2175 (HHK)** |
| **UNITED STATES OF AMERICA,**<br>**Et al**<br>Defendant(s). | |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transfer documents in this case have been filed in paper form in a the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                 **NANCY MAYER-WHITTINGTON**

                                                     Clerk