UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Qieth McQureerir )<br><br>      Plaintiff, )<br><br>      v. )<br><br>United States of America, et al., )<br><br>      Defendants. ) | Civil Action No. 05-2175 |

**DEFENDANTS' NOTICE OF APPEARANCE**

Please take notice that the undersigned United States Department of Justice Trial Attorney, on behalf of defendants John Potter, Patrick Donahue, Thomas Day, Timothy Haney, Julie Gerberding and the United States, hereby enters his appearance in this case, and requests that the Court transmit all notices, orders and the like to the undersigned counsel at the address indicated below.

Dated: February 15, 2006

Respectfully Submitted

Peter D. Keisler
Assistant Attorney General

Kenneth L. Wainstein
United States Attorney

Timothy P. Garren,
Director, Torts Branch
Civil Division

_____/s/_____
Edward J. Martin
Trial Attorney, Torts Branch
Civil Division
United States Dept. of Justice
P. O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
(202) 616-1024
edward.martin2@usdoj.gov
Attorneys for the defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2006, I mailed the foregoing document to the

following non-CM/ECF participants: Robert Earl Wilson, Esq., Attorney for the Plaintiff, 14803

Pratt Street, Upper Marlboro, MD 20772.


_____/s/_____
Edward J. Martin