IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QIETH McQUREERIR           :
                           :
    Plaintiff         :
                           :
vs.                        :Civil Action No.: 05 2175
                           :
                           :
UNITED STATES OF AMERICA, ET AL    :
                           :
    Defendants        :

CONSENT MOTION TO CONTINUE HEARING

QIETH McQUREERIR, Plaintiff, by Wilson & Parlett and Robert Earl Wilson, his attorneys, and UNITED STATES OF AMERICA, et al, Defendants, by Edward J. Martin,Esq. Peter D. Keisler, Esq., Kenneth L. Wainstein, Esq., and Timothy P. Garren, Esq., their attorneys, file this Consent Motion to Continue the Hearing scheduled for February 24, 2006 in the above captioned case, and, for cause say:

1. That Plaintiff's counsel has a conflict which was previously scheduled for trial in the matter of Lloyd McCauley, et al. Vs. WMATA, et al, said jury trial scheduled to begin February 21, 2006 and to last four (4) days.

2. That counsel for the parties have discussed this conflict and have agreed to continue said hearing with the Court's approval until March 24, 2006, at 3:00 p.m.

WHEREFORE, Qieth McQureerir, Plaintiff, United States of America, et al, Defendants, respectfully request this Honorable Court grant the Motion for Continuance.

        Respectfully submitted,

        WILSON & PARLETT

    Robert Earl Wilson
    Attorneys for Plaintiff,
     Qieth McQureerir
    14803 Pratt Street
    Upper Marlboro, MD 20772
    (301) 952-1311


    Edward J. Martin
    Peter D. Keisler
    Kenneth L. Wainstein
    Timothy P. Garren
    Attorneys for Defendants
    P.O. Box 7146
    Ben Franklin Station
    Washington, D.C.  20044
    (202) 616-1024

 IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF COLUMBIA

QIETH McQUREERIR    :
      :
  Plaintiff  :
      :
vs.      :Civil Action No.: 05 2175
      :
      :
UNITED STATES OF AMERICA, ET AL :
      :
  Defendants :

   ORDER

 UPON CONSIDERATION OF the parties Consent Motion to Continue the hearing currently scheduled for Friday, February 24, 2006, and good cause therein shown, it is this _____ day of _____, 2006, by the United States District Court for the District of Maryland
 ORDERED, that said Consent Motion to Continue Hearing be

and the same is hereby GRANTED; and it is further

ORDERED, that the hearing be re-scheduled for March 24, 2006 at 3:00 p.m.

_____
JUDGE HENRY H. KENNEDY

Copies to:

Robert Earl Wilson, Esq.
Wilson & Parlett
14803 Pratt Street
Upper Marlboro, MD 20772

Edward J. Martin, Esq.
United States Department of Justice
Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044