UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QIETH McQUREERIR,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>Defendants. | Civil Action 05-02175  (HHK) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 25th day of April, 2006, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of defendants.

Henry H. Kennedy, Jr.
United States District Court
